SANDRA C. KETNER, ESQ., Bar # 8527
LITTLER MENDELSON, P.C.
200 S. Virginia Ave.
8th Floor
Reno, NV    89501-1944
Telephone:    775.348.4888
Fax No.:    775.562.8110
Email: sketner@littler.com

ROGER L. GRANDGENETT, ESQ., Bar # 6323
Z. KATHRYN BRANSON, ESQ., Bar # 11540
LITTLER MENDELSON, P.C.
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV  89169-5937
Telephone:    702.862.8800
Fax No.:    702.862.8811
Email: rgrandgenett@litter.com
       kbranson@littler.com

Attorneys for Defendant
WESTERN PARTITIONS, INC.

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| BENJAMIN PEREZ-MONTIJO, a.k.a. Benjamin Perez, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>WESTERN PARTITIONS, INC., a Foreign Corporation,<br><br>Defendant. | Case No. 3:18-cv-00509-MMD-CBC<br><br>**STIPULATION AND ORDER TO DISMISS ACTION WITH PREJUDICE** |

Defendant WESTERN PARTITIONS, INC. and Plaintiff BENJAMIN PEREZ-MONTIJO, a.k.a Benjamin Perez, by and through their undersigned counsel, hereby stipulate and agree to the dismissal of this action in its entirety, with prejudice, with each party to bear its own costs and attorney's fees.    The parties agree that neither party shall be deemed to be a prevailing party in this

/ / /

/ / /

LITTLER MENDELSON, P.C.
Attorneys At Law
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV  89169-5937
702.862.8800

action and that neither party will seek any attorney's fees or costs pursuant to any rule, statute, or law, whether local, state, or federal.

Dated: July 1, 2019.

Respectfully submitted,

/s/ William J. Geddes, Esq.
**THE GEDDES, LAW FIRM, P.C.**
WILLIAM J. GEDDES, ESQ.

Attorneys for Plaintiff
BENJAMIN PEREZ-MONTIJO, a.k.a.
Benjamin Perez

Dated: July 1, 2019.

Respectfully submitted,

/s/ Z. Kathryn Branson, Esq.
**LITTLER MENDELSON, P.C.**
ROGER L. GRANDGENETT, ESQ.
SANDRA C. KETNER, ESQ.
Z. KATHRYN BRANSON, ESQ.

Attorneys for Defendant
WESTERN PARTITIONS, INC.

**IT IS SO ORDERED.**

Dated this __1st__ day of __July__, 2019.

_____
UNITED STATES DISTRICT COURT JUDGE

FIRMWIDE:164857821.1 100093.1003

LITTLER MENDELSON, P.C.
Attorneys At Law
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169-5937
702.862.8800

2.